# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION



United States District Court
Southern District of Texas

FEB 2 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE LUIS CRUZ-TREJO, | § | |
|   Plaintiff-Petitioner, | § | |
| | § | CIVIL ACTION NO. B-04-028 |
| VS. | § | |
| | § | CRIMINAL NO. B-02-377-S1-008 |
| UNITED STATES OF AMERICA, | § | |
|   Defendant-Respondent. | § | |

## ORDER

Petitioner, Jose Luis Cruz-Trejo, has filed a Motion To Vacate Sentence pursuant to Title 28, U.S.C. § 2255. Petitioner will be allowed to proceed in Forma Pauperis. The United States Government is hereby ordered to file a response by April 5, 2004.

DONE at Brownsville, Texas, this 20th day of February, 2004.

/s/ John Wm. Black
John Wm. Black
United States Magistrate Judge