United States District Court
Southern District of Texas
ENTERED

MAY 1 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | |
|---|---|
| JOSE LUIS CRUZ TREJO,<br>    Petitioner, | §<br>§<br>§ |
| VS. | §    CIVIL ACTION NO. B-04-028 |
| | § |
| UNITED STATES OF AMERICA,<br>    Respondent. | §<br>§ |

### ORDER

Petitioner, Jose Luis Cruz Trejo, ("Cruz") filed a Motion to Vacate pursuant to 28 U.S.C. § 2255 (Docket No. 1) on January 16, 2004. United States Magistrate Judge John Wm. Black ordered the United States to respond to Cruz's § 2255 motion (Docket No. 3) by April 5, 2004. Through an inadvertent oversight by the Clerk of the Court, the United States did not receive a copy of the order. The United States Government is hereby ordered to file a response by July 12, 2004.

DONE at Brownsville, Texas, this 12th day of May, 2004.

_____
John Wm. Black
United States Magistrate Judge