United States District Court
Southern District of Texas
ENTERED

MAY 1 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

| | | |
|---|---|---|
| JOSE LUIS CRUZ TREJO,<br>    Petitioner, | §<br>§<br>§ | |
| VS. | § | CIVIL ACTION NO. B-04-028 |
| UNITED STATES OF AMERICA,<br>    Respondent. | §<br>§<br>§ | |

### ORDER DENYING PETITIONER'S
### MOTION FOR DEFAULT JUDGMENT

Petitioner, Jose Luis Cruz Trejo, ("Cruz") filed a Motion for Default Judgment (Docket No. 4) on May 11, 2004. Cruz initially filed a Motion to Vacate pursuant to 28 U.S.C. § 2255 (Docket No. 1) on January 16, 2004. United States Magistrate Judge John Wm. Black ordered the United States to respond to Cruz's § 2255 motion (Docket No. 3). Through an inadvertent oversight by the Clerk of the Court, the United States did not receive a copy of the order. This Court has issued a subsequent order and the United States has been given additional time to respond to Cruz's § 2255 motion.

IT IS therefore ORDERED that Cruz's Motion for Default Judgement (Docket No. 4) be DENIED.

DONE at Brownsville, Texas, this 12th day of May, 2004.

_____
John Wm. Black
United States Magistrate Judge