UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 2 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JOSE LUIS CRUZ-TREJO | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. B-04-028 |
| v. | § | (CRIMINAL NO. B-02-377) |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION
## OF THE MAGISTRATE JUDGE

Before the Court is the Report and Recommendation of the Magistrate Judge in the above-referenced civil cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation should be ADOPTED.

It is therefore ORDERED, ADJUDGED, and DECREED that the Petitioner's request for a writ of habeas corpus should be, and is, hereby DENIED. Furthermore, the Government's Motion for Dismissal (Docket No. 7) is hereby GRANTED. Accordingly, Cruz-Trejo's Petition for a Writ of Habeas Corpus (Docket Entry No. 1) is hereby DISMISSED. Any other pending motions are hereby rendered MOOT.

DONE at Brownsville, Texas, this _____ day of September, 2004.

Hilda G. Tagle
United States District Judge